IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WILLIAM CAGLE, Individually and on**                                                  **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                        No. 5:23-cv-5001-TLB

**PEPPER SOURCE, LTD.**                                                          **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William Cagle and Defendant Pepper Source, LTD., by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1.      Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2.      After arm's length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3.      The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4.      The Court has not certified a collective action class, nor does the parties' agreement purport to resolve any claims on behalf of any class.

**Page 1 of 2**
**William Cagle, et al. v. Pepper Source, LTD.**
**U.S.D.C. (W.D. Ark.) No. 5:23-cv-5001-TLB**
**Joint Stipulation of Dismissal with Prejudice**

5.    The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed upon.

Respectfully submitted,

**WILLIAM CAGLE, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **PEPPER SOURCE, LTD.,
DEFENDANT**

FRIDAY, ELDREDGE, & CLARK, LLP
2000 Regions Center
400 West Capitol Ave
Little Rock, Arkansas 72201
Telephone: (501) 370-1526
Facsimile: (501) 244-5348

*/s/ Michael S. Moore*
Michael S. Moore
Ark. Bar No. 82112
mmoore@fridayfirm.com

**Page 2 of 2
William Cagle, et al. v. Pepper Source, LTD.
U.S.D.C. (W.D. Ark.) No. 5:23-cv-5001-TLB
Joint Stipulation of Dismissal with Prejudice**