IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WILLIAM CAGLE**   **PLAINTIFF**

NO.   **5:23-cv-5001-TLB**

**PEPPER SOURCE, LTD.**   **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 15th day of August, 2023, the parties hereto having filed a Joint Stipulation of Dismissal (ECF No. 19) pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is, dismissed with prejudice.

AT THE DIRECTION OF THE COURT

RONALD E. DOWLING, CLERK

BY: B. Bell
     Deputy Clerk